IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STACEY NATURMAN, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | 1:11-cv-04170-RLV |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| HOWARD OIFER AND PEACH OPTIKS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## **VOLUNTARY DISMISSAL**

COMES NOW, Plaintiff, by and through undersigned counsel, and dismisses her claims against HOWARD OIFER AND PEACH OPTIKS, INC. A proposed Order is attached.

Respectfully submitted this 25th day of January, 2012.

s/Amanda A. Farahany
Amanda A. Farahany
Georgia Bar No. 646135

BARRETT & FARAHANY, LLP
1100 Peachtree Street
Suite 500
Atlanta, GA 30309
Tel: (404) 214-0120
Fax: (404) 214-0125
amanda@bf-llp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STACEY NATURMAN, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | 1:11 cv 04170 RLV |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| HOWARD OIFER AND PEACH OPTIKS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the Voluntary Dismissal with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Steven M. Winter, Esq.
> Winter Capriola Zenner
> 3490 Piedmont Road NE
> Suite 800
> Atlanta, GA  30305

This 25th day of January, 2012.

> s/Amanda A. Farahany\_\_\_
> Amanda A. Farahany
> Georgia Bar No. 646135